**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO: 8:98-cr-211-T-26TGW

TARUS JONES
                                             /

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Amend Pre-Sentence Report (Dkt. 197) is denied. Defendant has not cited the Court to any authority which would grant it the jurisdiction to amend a presentence report more than nine (9) years after Defendant was sentenced. Should Defendant refile the motion with citations to such authority, defense counsel shall advise the Court of the Government's position with regard to the relief requested.

**DONE AND ORDERED** at Tampa, Florida, on November 19, 2008.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record